UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HOPKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>NIKE, INC.,<br><br>    Defendant. | Case No. 16-cv-05360-VC<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

For the reasons stated on the record at the case management conference on December 20, 2016, this case is dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 21, 2016

_____
VINCE CHHABRIA
United States District Judge